1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10  ANDREW STRICK,

11                    Plaintiff,

12        v.

13  WASHINGTON STATE PATROL,

14                    Defendant.

15

CASE NO. C13-6078 BHS-JRC

ORDER DENYING PLAINTIFF'S
MOTION TO ADD A DEFENDANT
AND INSTRUCTING PLAINTIFF
TO FILE AN AMENDED
COMPLAINT

16        The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States

17  Magistrate Judge J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. §

18  636(b)(1)(A) and (B), and Magistrate Judge Rules MJR3 and MJR4.

19        On January 8, 2014, the Court ordered plaintiff to file an amended complaint (Dkt. 8).

20  The Court gave plaintiff until February 7, 2014, to file that pleading (Dkt. 8).  Plaintiff asked for

21  an extension (Dkt. 9).  The Court granted plaintiff's motion and gave him until March 21, 2014,

22  to file an amended complaint (Dkt. 10).

23

24

1    Instead of complying with the Court's order, plaintiff has filed a document he labels

2 "adding a party to suit." (Dkt. 12). Plaintiff gives the Court a name and address with no facts or

3 information about this person or what part this person played in the facts that give rise to this

4 action. Plaintiff's conduct in filing this motion and in failing to file an amended complaint when

5 ordered to do so are unacceptable. The Court denies plaintiff's motion to add a defendant and

6 gives plaintiff a final chance to file an amended complaint as previously outlined in the Court's

7 January 8, 2014 order (Dkt. 8).

8    If plaintiff has not filed his amended complaint by July 18, 2014, or the amended

9 complaint does not comply with the Court's January 8, 2014, order the Court will issue the

10 Report and Recommendation to dismiss this action.

11    Dated this 17th day of June, 2014.

12

13

J. Richard Creatura
United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

ORDER DENYING PLAINTIFF'S MOTION TO
ADD A DEFENDANT AND INSTRUCTING
PLAINTIFF TO FILE AN AMENDED
COMPLAINT - 2