UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANDREW STRICK,

          Plaintiff,

v.

LUCAS BRANDON,

          Defendant.

CASE NO. C13-6078BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 23. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**; and

(2) This action is **DISMISSED** without prejudice based on Plaintiff's failure to keep the Court apprized of a current address as required by Local Civil Rule 41(b)(2).

Dated this 25th day February, 2015.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER